April 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BARRE MORRIS, Appellant

NO. 14-14-00252-CV                    V.

VICTORIA BARRIENTES O'NEAL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Victoria Barrientes O'Neal, signed March 6, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Barre Morris, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.